**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7748**

DONOVAN MOENELL WILLIAMS,

Plaintiff - Appellant,

v.

CITY OF RALEIGH,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, District Judge. (5:20-cv-00027-D)

Submitted: April 30, 2021                     Decided: May 26, 2021

Before KING, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donovan Moenell Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donovan Moenell Williams appeals the district court's orders denying relief on his 42 U.S.C. § 1983 complaint without prejudice and denying his postjudgment motions for reconsideration and to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. City of Raleigh*, No. 5:20-cv-00027-D (E.D.N.C. Aug. 3, 2020; Nov. 18, 2020). We also deny Williams' motions to appoint counsel and for en banc review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*